IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BARBARA HACK,

                Plaintiff,

     v.                                                               Case No. 23-cv-2410

CITY OF TOPEKA, KANSAS,

                Defendant.

## ADR REPORT

**TYPE OF ADR:**       **Mediation** ☒       **Other:** _____ ☐

**Name of Mediator or other Neutral:**  Dave Vogel

**ADR Session Held (date):**  September 18, 2025

**Additional Session(s) Held, if any (date):**  August 9, 2024

**Results of Referral to ADR**

☐ Case settled **before** ADR        ☐ Case did **not** settle

☒ Case settled **at** ADR session      ☐ Case settled in part

**Mediation Fees** (answer only if private mediator used):

Did neutral serve pro bono?       Yes ☐      No ☒
Did neutral serve for a reduced fee?  Yes ☐      No ☒

**Status of litigation when ADR occurred** - please check one:

TRO ☐      pre-discovery ☐      partial discovery ☐      discovery complete ☐

pending dispositive motion ☐      after dispositive motion ☒    other ☐ _____

**Length of ADR session:**    7.5    hours

1

        s/Terelle A. Mock
        Terelle A. Mock   #21465
        Crystal B. Moe   #29168
        FISHER, PATTERSON, SAYLER & SMITH, LLP
        3550 S.W. 5th Street
        Topeka, KS 66606
        Tel: (785) 232-7761 | Fax: (785) 232-6604
        tmock@fpsslaw.com | cmoe@fpsslaw.com

        and

        Nicholas H. Jefferson, #25530
        Chief of Litigation
        Legal Department
        City of Topeka
        215 S.E. 7th St., Room 353
        Topeka, KS 66603
        Tel: (785) 368-3883 | Fax: (785) 368-3901
        njefferson@topeka.org

        **Attorneys for Defendant**

## Certificate of Service

    I hereby certify that on September 24, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Whitney L. Casement, #25466
    Stevens & Brand, LLP
    4848 S.W. 21st St., Suite 201
    Topeka, KS 66604
    (785) 408-8000 | (785) 408-8003 – fax
    wcasement@stevensbrand.com

    and

    Katherine E. Simpson, #26453
    Stevens & Brand, LLP
    900 Massachusetts St., Suite 500
    P.O. Box 189
    Lawrence, KS 66044
    (785) 843-0811 | (785) 843-0341 – fax
    ksimpson@stevensbrand.com

    **Attorneys for Plaintiff**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  No one.

s/Terelle A. Mock
Terelle A. Mock
